# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40081
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 23, 2019

Lyle W. Cayce
Clerk

Consolidated with: 19-40082

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALEJANDRO HUERTA-CARDENAS,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-832-2
USDC No. 1:18-CR-776-1

Before DENNIS, OWEN, and HO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Alejandro Huerta-Cardenas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Huerta-Cardenas has not filed a response. We have

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40081
c/w No. 19-40082

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.